## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

Simone Junior

                        Plaintiff,

v.                                    Case No.: 1:06−cv−01993

                                    Honorable George W. Lindberg

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 17, 2006:

      MINUTE entry before Judge George W. Lindberg : Defendant City of Chicago's motion to quash subpoena [6] is denied. Defendant City has cited no authority that requires quashing the subpoena. That a subpoena may not be the usual method by which the materials sought by plaintiff are obtained from defendant City is not a basis for quashing the subpoena. The lack of an agreement as to a proposed protective order is not a basis for quashing a subpoena. If defendant City desires a protective order covering the materials subpoenaed, defendant City may move for a protective order, with or without plaintiff's agreement.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.